IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00116-PSF-BNB

DIANA GARNER,

    Plaintiff,

v.

U.S. WEST DISABILITY PLAN,

    Defendant.

## SUPPLEMENTAL ORDER ON PLAINTIFF'S MOTION TO REOPEN CASE

On October 16, 2007, this Court entered an Order (Dkt. # 48) denying Plaintiff Diana Garner's Motion to Reopen Case and Enter Judgment in Favor of Plaintiff. This order was issued after the Tenth Circuit had issued its opinion and judgment dismissing plaintiff's appeal of this case for lack of jurisdiction, but before the Tenth Circuit issued its mandate on October 23, 2007 (Dkt. # 50). As the Tenth Circuit's mandate has now been issued, this Court reaffirms its order DENYING plaintiffs' motion to reopen the case for the reasons stated therein.

    DATED: October 30, 2007

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge